(No. 95218

THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, v. EVAN GRIFFITH, Appellant.

*Opinion filed June 17, 2004.—Rehearing denied October 4, 2004.*

Rita A. Fry and Edwin A. Burnette, Cook County Public Defenders, of Chicago (Harold J. Winston, Erica Reddick, Suzanne Isaacson and Brendan P. Max, Assistant Public Defenders, of counsel), and Elisabeth Cox, law student, for appellant.

Lisa Madigan, Attorney General, of Springfield, and Richard A. Devine, State's Attorney, of Chicago (Linda D. Woloshin, Assistant Attorney General, of Chicago, and Renee Goldfarb, Peter D. Fischer, Veronica Calderon Malavia, and Christine Cook, Assistant State's Attorneys, of counsel), for the People.

Steven A. Greenberg, of Chicago, for *amicus curiae* Illinois Association of Criminal Defense Attorneys.

58

PER CURIAM:

In this case, one Justice of this Court has recused himself and the remaining members of the Court are divided so that it is not possible to secure the constitutionally required concurrence of four judges for a decision (see Ill. Const. 1970, art. VI, § 3). Accordingly, the appeal is dismissed. The effect of this dismissal is the same as an affirmance by an equally divided court of the decision under review but is of no precedential value. See *Perlman v. First National Bank*, 60 Ill. 2d 529, 530 (1975).

FITZGERALD, J., took no part.